## HARRIS V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

FRANK W. LULL, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

APPEAL dismissed on the authority of *Louisville & N. R. R. Co. v. Grant,* 153 Ala. 112, 45 South. 226. Per curiam.

---

## CHICAGO PORTRAIT CO. V. ROBBINS, ET AL.

(Decided Dec. 19, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

BROWN & MURPHY, for appellants. FRANK S. WHITE & Sons, for appellee.

Affirmed. Opinion by TYSON, C. J.

All the justices concur.

---

## EUGENE V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

No counsel marked for appellant. ALLEXANDER M. GARBER, Attorney-General for the State.

Affirmed. Opinion by ANDERSON, J.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

---

## RUSSELL V. BALLARD, ET AL.

(Decided Dec. 13, 1907. Rehearing denied Feb. 6, 1908.)

APPEAL from Morgan Chancery Court.

Heard before Hon. W. H. SIMPSON.

JOHN R. SAMPLE, E. R. RUSSELL, and S. A. LYNN, for appellant. E. W. GODBEY and P. M. BRINDLEY, for appellees.

Affirmed. Opinion by ANDERSON, J.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.

43 C